IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PRIMUS TELECOMMUNICATIONS, )
INC., )
                                          )
        Plaintiff, )
                                          )
v. )     Civil Action No.: 09-cv-10
                                          )
TOSHIBA OF EUROPE, LTD., )
RICHARD C. VEST, )
                                          )
       Defendants. )

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge dated August 21, 2009, recommending entry of a default judgment against Defendant Richard C. Vest (Dkt. No. 45). Defendant has not filed any objections to the Report and Recommendation. The Court conducted a *de novo* review of the evidence in this case, and adopts and incorporates the findings and recommendations of the Magistrate Judge.

Accordingly, it is hereby

ORDERED that judgment is entered against Defendant Richard C. Vest for $6,976,398.48.

ORDERED that the Clerk of Court is directed to enter judgment against Defendant.

/s/
Liam O'Grady
United States District Judge

September __, 2009.
Alexandria, Virginia